FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2011 JUL 20 PM 3:48

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA

VS. : No. 2:11-CR-180

JUDGE

COLUMBUS STEEL CASTINGS CO.

JUDGE GRAHAM

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
42 U.S.C. §§ 7413(c) and 7661a(a)

(Count 1 - 6)
1. ELEMENTS: 42 U.S.C. §§ 7413(c) and 7661a(a)

First: The defendant was an owner or operator;

Second: Of an air pollution source subject to the program for operating permits;

Third: Defendant operated the source in violation of the requirements in the air permit;

Fourth: The defendant did so knowingly;

Fifth: That such act occurred in the Southern District of Ohio, on or about the date alleged in the Information.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 5 years probation, $500,000.00 fine, and a $400 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney