**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

U.S. COURTHOUSE
85 MARCONI BLVD., ROOM 504
COLUMBUS OH 43215-2398
(614) 719-3100

July 28, 2011

Mr. Robert L. Brubaker, Esq.
and
Mr. David E. Northrop
Defense Counsels
Porter Wright Morris & Arthur - 2
41 South High Street
Columbus, Ohio  43215

RE:   COLUMBUS STEEL CASTINGS COMPANY
      2:11 CR 180

Dear Mr. Brubaker and Mr. Northrop:

## DISCLOSURE NOTIFICATION

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via certified mail on September 1, 2011

You and/or your client have until September 19, 2011 to communicate objections to United States Probation Officer Lisa M. Dopp 719-3100 so that any objections may be resolved informally.  Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer.  The Probation Office has found that this often brings immediate resolution of a number of objections.  The final presentence investigation report will be sent to the Court and the parties by October 11, 2011

When the "final presentence report" is sent to the Judge, you will receive two copies even if there are no changes.  The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.


Very truly yours,

John S. Dierna, Chief
U.S. Probation Officer

CC:  Defendant
     United States Attorney - Mr. J. Michael Marous, Esq.
     Clerk of Courts - Ms. Denise Shane (Graham)
     File