IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                 2:11-cr-180

Columbus Steel Castings Co.

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 10) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 through 6 of the information, and the defendant is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

The parties have filed a joint motion to substitute a new copy of Attachment B to the plea agreement. The motion is granted, and the document entitled "Attachment B" submitted with the motion is hereby substituted for the "Attachment B" attached to the plea agreement previously filed with this court.

Date: August 18, 2011                  s\James L. Graham
                                                James L. Graham
                                                United States District Judge